UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                           **Case No. 3:24cr112-TKW**

**RAFAEL SANCHEZ-DE LA ROSA,**

    **Defendant.**

_____/

## **ACCEPTANCE OF PLEA OF GUILTY**

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, RAFAEL SANCHEZ-DE LA ROSA, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

    **DONE and ORDERED** this 17th day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**